UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-62028-CIV-LENARD/GOODMAN

**CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee**,

 Plaintiff,

vs.

**DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWARD, and CID YOUSEFI**,

 Defendants.
_____/

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

**THIS CAUSE** is before the Court on the motion of **Bijan Amini**, to be admitted pro hac vice, (D.E. #8), filed August 31, 2016. The Court has reviewed the motion and it appears that Movant has complied with the requirements of Rule 4.b., Special Rules governing the Admission and Practice of Attorneys, Local Rules of the United States District Court for the Southern District of Florida. It is hereby

**ORDERED AND ADJUDGED** that **Bijan Amini** may appear as counsel for Plaintiff. The following attorney, who maintains an office in this District, is designated and approved as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct of the case and upon whom papers shall be served:

  Brian S. Dervishi, Esq.
  Weissman & Dervishi, P.A.
  One Southeast Third Avenue - Suite 1700
  Miami, Florida 33131

Case No. 16-62028-CIV-LENARD/GOODMAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of September, 2016.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**