UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, DAVID KNOBEL, JEFFREY PEIRNE, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI ("Defendants"), through their undersigned counsel, move for an enlargement of time to respond to the Complaint of the Plaintiff, CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee ("Plaintiff"), as follows:

1. Plaintiff served the Summons and Complaint in this action on Defendants August 25, 2016.

2. The original deadline for Defendants to respond to the Complaint is September 14, 2016.

3. By agreement of the parties, Defendants are requesting up to and including October 21, 2016, to respond to the Complaint.

5. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, this Court has the discretion to grant an extension of time to the Defendant upon a showing of good cause:

> (A) when an act may or must be done within a specified time, the Court may, for good cause, extend the time;
>
> (B) with or without motion or notice if the Court acts, or if a request is made, before the original time or its extension expires; or
>
> (C) on motion made after the time has expired if the party failed to act because of excusable neglect.

6. Because the intent behind the Federal Rules of Civil Procedure is to secure the "just, speedy, and inexpensive determination of every action," courts have generally given Rule 6(b) a liberal construction to work substantial justice. Fed. R. Civ. P. 1; *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 110 (D.S.C. 1971).

7. In accordance with Rule 6(b)(1), Defendants have filed this Motion requesting an extension of time prior to the expiration of the deadline to respond to Plaintiff's Complaint.

8. This Motion is not made to unduly delay this proceeding, and it is not being made for an improper purpose. Instead, Plaintiff has asserted good cause for such an extension and would be unduly prejudiced if this brief extension is not granted.

WHEREFORE, Defendants, DAVID KNOBEL, JEFFREY PEIRNE, DEAN BARTNESS, SIANA STEWART and CID YOUSEFI respectfully requests that this Court enter an Order: (i) extending the deadline for these Defendants to respond to Plaintiff's Complaint up through and including October 21, 2016, and (ii) providing such other and further relief as this Court deems just and proper.

### LOCAL RULE 7.1(A) CERTIFICATE

Pursuant to Local Rule 7.1(a), Defendants certify that Plaintiffs do not oppose Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint. Dated:  September 13, 2016.

    Respectfully submitted,

    **BILZIN SUMBERG BAENA PRICE**
     **& AXELROD LLP**
    1450 Brickell Avenue, Suite 2300
    Miami, FL 33131
    Telephone: (305) 374-7580
    Facsimile: (305) 374-7593

    By: /s/ Michael N. Kreitzer
        **MICHAEL N. KREITZER**
        **(**FBN 705561)
        mkreitzer@bilzin.com
        **JAMES J. WARD**
        (FBN 93651)
        jward@bilzin.com
        eservice@bilzin.com
        mavin@bilzin.com
        *Counsel for David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart and Cid Yousefi*

CASE NO. 16-CV-62028-JAL

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

                                                  */s/ Michael N. Kreitzer*
                                                   Michael N. Kreitzer