UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL |

**PROPOSED AGREED ORDER EXTENDING DEFENDANT'S
TIME TO ANSWER COMPLAINT**

This matter having come before the Court on DAVID KNOBEL, JEFFREY PEIRNE, DEAN BARTNESS, SIANA STEWART and CID YOUSEFI's ("Defendants") request for an enlargement of time to serve their response to Plaintiff's Complaint and the Court, having reviewed the file and this Agreed Order submitted by the parties, having been advised of the agreement of counsel, and being otherwise fully advised in the premises does hereby

**ORDER AND ADJUDGE:**

That Defendant's time to file an Answer to the Complaint filed by Plaintiffs in this matter shall be extended from September 14, 2016 as set forth in this Court's Order up to and including October 21, 2016.

Done and Ordered in Chambers this ___ day of September, 2016 in Miami-Dade County, Florida.

_____
Judge Joan A. Lenard