UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 16-CV-62028-JAL

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

        Plaintiff,

v.

DAVID KNOBEL, JEFFREY PIERNE, NEAL
YAWN, DEAN BARTNESS, SIANA STEWART,
and CID YOUSEFI,

        Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter A. Tappert of the law firm Weissman & Dervishi, P.A. enters his appearance in the above-captioned case as counsel for Plaintiff Clingman & Hanger Management Associates, LLC, as Trustee, and requests service of all papers in this case.

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By: /s/ Peter A. Tappert
Brian S. Dervishi
Peter A. Tappert
Fla. Bar Nos. 350303 and 27100
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4077 (Facsimile)
bdervishi@wdpalaw.com
ptappert@wdpalaw.com
service@wdpalaw.com

        - and -

Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
*(Admitted Pro hac vice)*
bamini@samlegal.com
jchubak@samlegal.com
asamet@samlegal.com

*Attorneys for Plaintiff Clingman &
Hanger Management Associates, LLC,
as Trustee*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 20, 2016, a true and correct copy of the foregoing was served by CM/ECF on the persons listed below.

        /s/ Peter A. Tappert
          Peter A. Tappert

Michael N. Kreitzer, Esq.
James J. Ward, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
mkreitzer@bilzin.com
jward@bilzin.com
eservice@bilzin.com
mavin@bilzin.com