**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL |

**DEFENDANTS' UNOPPOSED MOTION FOR PAGE EXTENSION**

Pursuant to Local Rule 7.1(c)(2), Defendants David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart, and Cid Yousefi (collectively, the "Defendants")[1] respectfully move this Court for leave to file a memorandum of law in support of their Motion to Dismiss that exceeds twenty pages. In support, Defendants state:

1. Defendants will be filing their Motion to Dismiss, along with a supporting Memorandum of Law, on Friday, October 21, 2016.

2. Local Rule 7.1(C)(2) prohibits litigants from filing memoranda of law in excess of twenty pages without the Court's prior permission.

3. Defendants' counsel has endeavored to make the brief as short as possible while still setting forth their legal positions, which involve technical questions of Delaware corporate law, with sufficient clarity.

---

[1] The undersigned do not represent Defendant Neal Yawn.

4.    In order to address adequately the issues raised by the Complaint, Defendants request leave to file a memorandum of up to forty pages, and will strive to submit a memorandum that is shorter than that limit.

5.    Defendants' counsel has conferred with Plaintiffs' counsel, who does not oppose the motion.

6.    A proposed order is attached as Exhibit A.

For the foregoing reasons, Defendants respectfully request that the Court **GRANT** their motion and permit Defendants to file a memorandum of law in support of their Motion to Dismiss up to forty pages in length.

Dated:  October 19, 2016.

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel for David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart and Cid Yousefi*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:    */s/ Michael N. Kreitzer*
       **MICHAEL N. KREITZER, ESQ.**
       **(**FBN 705561)
       mkreitzer@bilzin.com
       **JAMES J. WARD, ESQ.**
       (FBN 93651)
       jward@bilzin.com
       **KENNETH DUVALL, ESQ.**
       (FBN 121826)
       kduvall@bilzin.com
       eservice@bilzin.com
       mavin@bilzin.com
       stapanes@bilzin.com

2

CASE NO. 16-CV-62028-JAL

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

*/s/ Michael N. Kreitzer*
Michael N. Kreitzer

3