# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN
<u>EXTENSION OF PAGE LIMITATIONS</u>**

THIS CAUSE having come before the Court upon Defendants' Unopposed Motion for an Extension of Page Limitations filed on October 19, 2016. In the Unopposed Motion, Defendants seek to file a memorandum of law in support of their Motion to Dismiss, which is due on Friday, October 21, 2016, that exceeds twenty pages. Plaintiffs have no opposition to the requested extension.

The Court, having reviewed the Agreed Motion and being fully advised in the premises, hereby **ORDERS AND ADJUGES** that: Defendants' Unopposed Motion for an Extension of Page Limitations is GRANTED, and Defendants are given leave to file a memorandum of law in support of their Motion to Dismiss of up to forty pages in length.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of October, 2016.

JOAN A. LENARD
UNITED STATES COURT JUDGE