**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION TO DISMISS COMPLAINT**

      Defendants David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart, and Cid Yousefi (collectively, "Defendants"), by counsel, hereby move to dismiss Plaintiff's Complaint with prejudice. In support of said Motion, Defendants are concurrently filing their supporting Memorandum of Law. *See* Local Rule 7.1(c).

CASE NO. 16-CV-62028-JAL

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel for David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart and Cid Yousefi*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:  /s/ Michael N. Kreitzer
**MICHAEL N. KREITZER**
(FBN 705561)
mkreitzer@bilzin.com
**JAMES J. WARD**
(FBN 93651)
jward@bilzin.com
**KENNETH DUVALL**
(FBN 121826)
kduvall@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

 /s/Michael Kreitzer
Michael Kreitzer