**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee,<br><br>      Plaintiff,<br><br>  - against -<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI,<br><br>      Defendants. | Case No. 16-cv-62028-JAL |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER (1) EXTENDING PLAINTIFF'S DEADLINE TO FILE ITS OPPOSITION TO MOTION TO DISMISS AND (2) AUTHORIZING PLAINTIFF TO EXCEED THE PAGE LIMIT**

Plaintiff Clingman & Hanger Management Associates, LLC, as trustee, moves for entry of an agreed order, substantially in the form annexed hereto:

(1) extending Plaintiff's deadline to file a memorandum of law in opposition ("Opposition") to the motion to dismiss of David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart, and Cid Yousefi ("Defendants"), filed October 21, 2016 [ECF Nos. 20-21], from November 7, 2016 to December 16, 2016; and

(2) authorizing Plaintiff to file a 25-page Opposition.

In support of this motion, Plaintiff respectfully states:

**EXTENSION OF DEADLINE**

1. Pursuant to Local Rule 7.1(c)(1), Plaintiff's deadline to file its Opposition is November 7, 2016.

2. Plaintiff consented to an extension of Defendants' deadline to respond to the Complaint from September 14, 2016 to October 21, 2016 [ECF No. 14, ¶¶2-3], relief granted by the Court [ECF No. 15].

3. Plaintiff requests a similar extension of its deadline to file its Opposition until December 16, 2016, so as to afford Plaintiff adequate time to address issues raised in Defendants' memorandum.

4. Under Federal Rule of Civil Procedure 6(b)(1)(B), this Court may extend Plaintiff's deadline for good cause. Good cause exists as the issues raised in Defendants' motion are complex, and Defendants have consented to the extension sought herein.

## MEMORANDUM IN EXCESS OF PAGE LIMIT

5. Pursuant to Local Rule 7.1(c)(2), Plaintiff's Opposition may not exceed twenty pages absent permission of the Court.

6. Plaintiff consented to Defendants' filing a forty-page memorandum of law in support of their motion [ECF No. 17, ¶¶4-5], and the Court allowed Defendants to file a 25-page memorandum [ECF No. 18].

7. Plaintiff requests authorization to likewise file a 25-page Opposition, excluding signature block and certificate of service, so as to afford Plaintiff the opportunity to adequately address issues raised in Defendants' memorandum.

8. Defendants have consented to the foregoing relief.

## LOCAL RULE 7.1(A) CERTIFICATE

9. Plaintiff certifies it conferred with Defendants concerning the relief sought herein, and Defendants do not oppose such relief.

Dated: October 28, 2016                        Respectfully submitted,

/s/     Brian S. Dervishi
Brian S. Dervishi (Bar No. 350303)
WEISSMAN & DERVISHI, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
(305) 347-4070
bdervishi@wdpalaw.com
service@wdpalaw.com

 - and -

Bijan Amini (admitted *pro hac vice*)
Avery Samet (admitted *pro hac vice*)
Jeffrey Chubak (admitted *pro hac vice*)
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@samlegal.com
asamet@samlegal.com
jchubak@samlegal.com

*Attorneys for Plaintiff Clingman & Hanger Management Associates, LLC, as Trustee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served on counsel of record for Defendants (defined above) via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/   Brian S. Dervishi
Brian S. Dervishi