# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

Plaintiff,

v.

DAVID KNOBEL, JEFFREY PIERNE,
NEAL YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI,

Defendants.

Case No. 16-cv-62028
LENARD/GOODMAN

## DECLARATION OF OCTAVIO J. FIOL

I, Octavio J. Fiol, hereby declare:

1. I am the President of OJF Services, Inc., a Florida-based process serving company. I have over twenty years of experience serving civil process. I am a Certified Process Server in Miami-Dade County, a Broward Sheriff-appointed Special Process Server in Broward County and a member of the National Association of Professional Process Servers and the Florida Association of Professional Process Servers. My company was hired by Weissman & Dervishi, P.A. to effect personal service of the Summons and Complaint in this action on Defendant Neal Yawn ("Mr. Yawn").

2. The following describes efforts undertaken by my firm to serve Mr. Yawn to date:

    (a) My firm was provided with the Summons and Complaint on August 30, 2016.

    (b) On September 1, 2016, service was attempted at 15618 Messina Isle Court, Delray Beach, Florida 33446, the address listed for Mr. Yawn in the Florida White Pages, but that property was occupied by persons other than him. The server spoke with Talene Calendar who stated that she did not know Mr. Yawn and that he did not reside at that address.

(c) On September 17, 2016, service of the Summons and Complaint of Mr. Yawn was attempted at 100 Cataula Court, Ellijay, Georgia 30540, a rural property owned by Nadine Yawn, according to property assessor records for Gilmer County, Georgia, and listed as Mr. Yawn's address on the "List of Creditors" for FCC Holdings, Inc. available via PACER (Case No. 14-11987, Bankr. D. Del.). I was advised by the Georgia process server that a large, locked gate in front of the property prevented the process server from approaching the front door of the house.

(d) Additional (unsuccessful) attempts to serve Mr. Yawn at the Ellijay, Georgia property were made on September 21 and October 1, 2016. On these attempts to serve Mr. Yawn, the drive way was blocked by an iron gate, there was no call box to reach the house and we searched for but were unable to locate any neighbors in the area to verify if Mr. Yawn lived there.

(e) Between October 1, 2016 and October 5, 2016, multiple service attempts were made on Mr. Yawn at 2021 Marisol Court, Biloxi, Mississippi 39531, which was identified as a potential address for him by a skip tracing service. On October 5, 2016, the resident who identified himself as Jim Colbert stated that his family has lived at the address of 2021 Marisol Court for 13 years and he never heard of Mr. Yawn. Based in part on this report, we concluded that Mr. Yawn resides at 100 Cataula Court, Ellijay, Georgia 30540.

(f) Therefore, on October 14, 2016, we delivered the Summons and Complaint to the Gilmer County, Georgia Sheriff's Office so service could be effected on Mr. Yawn at the Ellijay, Georgia address.

(g) On October 26, 2016, I was advised by the Gilmer County Sheriff's Office that it has made several attempts to serve Mr. Yawn and that as it has not yet been able to

effectuate service on Mr. Yawn the Gilmer County Sheriff would continue making attempts to serve Mr. Yawn.

3. To date, personal service has not been effected on Mr. Yawn despite our diligent efforts to locate addresses for him and to effectuate service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2016.

_____
Octavio J. Fiol