**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee,<br><br>      Plaintiff,<br><br> - against -<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI,<br><br>      Defendants. | Case No. 16-cv-62028-JAL |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE, that Storch Amini & Munves PC, co-counsel for Plaintiff Clingman & Hanger Management, Associates, LLC in the above-captioned action, has changed its name to Storch Amini PC. The following attorneys associated with Storch Amini have appeared *pro hac vice* in the above-captioned action: Bijan Amini, Lita Beth Wright, Avery Samet and Jeffrey Chubak. All future reference to the firm in this matter should be to Storch Amini PC. The firm's address and its lawyers' addresses, phone numbers and fax numbers have not changed. The email addresses for the undersigned *pro hac vice* counsel have changed to the addresses listed in the signature block below.

Respectfully submitted,

/s/ Brian S. Dervishi
Brian S. Dervishi (Bar No. 350303)
Peter A. Tappert (Bar No. 27100)
WEISSMAN & DERVISHI, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
(305) 347-4070
bdervishi@wdpalaw.com
ptappert@wdpalaw.com
service@wdpalaw.com

- and -

Bijan Amini (admitted *pro hac vice*)
Avery Samet (admitted *pro hac vice*)
Jeffrey Chubak (admitted *pro hac vice*)
Litabeth Wright (admitted *pro hac vice)*
STORCH AMINI PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
lbwright@storchamini.com
asamet@storchamini.com
jchubak@storchamini.com

*Attorneys for Plaintiff Clingman & Hanger Management Associates, LLC, as Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2016, a true and correct copy of the foregoing was served by CM/ECF and via U.S. Mail, postage prepaid, where indicated, on the parties named on the service list below.

/s/ Brian S. Dervishi
Brian S. Dervishi

Michael N. Kreitzer, Esq.
James J. Ward, Esq.
Keneth Duvall, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
kreitzer@bilzin.com;
jward@bilzin.com
kduvall@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com

Neal Yawn
100 Cataula Court
Ellijay, Georgia 30540
(via *U.S. Mail*)