## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee,<br><br>Plaintiff,<br><br>- against -<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI,<br><br>Defendants. | Case No. 16-cv-62028 (JAL) |

### JOINT SCHEDULING REPORT

Plaintiff Clingman & Hanger Management Associates, LLC ("Plaintiff") and Defendants David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart, and Cid Yousefi ("Defendants"), having conferred telephonically on November 11, 2016, submit this Joint Scheduling Report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1.[1]

1.    <u>Likelihood of settlement</u>.  The parties believe it premature to discuss settlement at this time.

2.    <u>Likelihood of appearance of additional parties</u>.  The parties do not anticipate the appearance of additional parties, other than Neal Yawn, who was served with a copy of the Summons and Complaint on November 9, 2016.

3.    <u>Proposed time limits</u>.

    (a)    To join other parties and to move to amend the pleadings: **March 3, 2017.**

    (b)    To complete discovery:

        (i)    The parties shall exchange initial disclosures by **December 5, 2016.**

---

[1] A Joint Proposed Scheduling Order is attached hereto as <u>Exhibit A</u>.

(ii)     Fact discovery shall be completed by **June 16, 2017.**

(iii)    Opening expert witness summaries and reports shall be exchanged by **July 14, 2017.**

(iv)    Rebuttal expert witness summaries and reports shall be exchanged by **August 11, 2017.**

(v)     Expert discovery shall be completed by: **September 8, 2017.**

(c)    To file and hear motions. The parties shall file all dispositive pretrial motions and *Daubert* motions by **October 6, 2017.**

(d)    Parties to submit joint pretrial stipulation, proposed jury instructions, and/or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* by **November 30, 2017.**

4.    <u>Proposals for formulation and simplification of issues</u>. None at this time.

5.    <u>Necessity or desirability of amendments to the pleadings</u>. The parties do not know at this time whether they will seek to amend the pleadings and note the pendency of Defendants' motion to dismiss.

6.    <u>Possibility of obtaining admissions of fact and of documents, stipulations regarding authenticity, and the need for advance rulings on admissibility</u>. The parties will attempt to work together regarding these issues, but believe it premature to speculate on these issues at this time.

7.    <u>Suggestions for avoidance of unnecessary proof and cumulative evidence</u>. The parties will attempt to work together regarding these issues, but believe it premature to speculate on these issues at this time.

8.    <u>Suggestions on advisability of referral of matters to Magistrate Judge</u>. The parties do not agree to the referral of dispositive motions or the trial of this matter to Magistrate Judge Goodman at this time.

9.    <u>Preliminary estimate of time required for trial</u>. The parties estimate 5-7 days will be required for trial, unless the issues can be narrowed prior to trial.

10.    Requested Date(s) for pretrial conferences.

Requested date for pretrial conference:    **January 8, 2018**
Requested date for trial to commence:    **January 15, 2018**

11.    Any other information that might be helpful to the Court in setting the case for status or pretrial conference.  None at this time.


Dated: November 23, 2016

WEISSMAN & DERVISHI, P.A.

By:___/s/ Brian S. Dervishi_____
    Brian S. Dervishi (Bar No. 350303)
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
Tel: (305) 347-4070
Fax: (305) 347-4077
bdervishi@wdpalaw.com
service@wdpalaw.com

- and -

Bijan Amini (admitted *pro hac vice*)
Lita Beth Wright (admitted *pro hac vice*)
Avery Samet (admitted *pro hac vice*)
Jeffrey Chubak (admitted *pro hac vice*)
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
bamini@storchamini.com
lbwright@storchamini.com
asamet@storchamini.com
jchubak@storchamini.com

*Attorneys for Plaintiff Clingman & Hanger*
*Management Associates, LLC as Trustee*

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By:___/s/ James J. Ward_____
    Michael N. Kreitzer (Bar No. 705561)
    James J. Ward (Bar No. 93651)
    Kenneth Duvall (Bar No. 121826)
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593
mkreitzer@bilzin.com
jward@bilzin.com
kduvall@bilzin.com
eservice@bilzin.com

*Attorneys for Defendants David Knobel,*
*Jeffrey Pierne, Dean Bartness, Siana*
*Stewart, and Cid Yousefi*