UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERALE DIVISION

CASE NO. 16-CV-62028-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee
    Plaintiff(s)
v.

DAVID KNOBEL et al.
    Defendant(s)
_____/

## ORDER SETTING THE PRELIMINARY STATUS CONFERENCE

This cause is set for a telephonic status conference before the Undersigned for **January 17, 2017 at 2:00 p.m.** No Counsel shall appear in person. **Counsel shall contact the Court 5 minutes prior to the hearing time of 2:00 p.m.** by calling the following toll-free number:

1. **1-888-684-8852;**
2. **Enter Access Code Number 8004594 followed by the # sign; and**
3. **Enter Security Code Number 1213 followed by the # sign.**

Counsel is advised that other attorneys from other cases will be attending the telephonic conference at the same time. The Undersigned shall take a short role call at the beginning of the conference.

The conference should not last more than fifteen to twenty minutes. **Cell phone use is NOT permitted**. Counsel shall phone in timely to the conference call. Attorneys who

phone in late, even by one or two minutes, will likely miss some of the substantive comments.

**DONE AND ORDERED** in Chambers, Miami, Florida on December 5, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
The Honorable Joan A. Lenard
All counsel of record