UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-62028-CIV-LENARD/GOODMAN**

**CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee**,

    Plaintiff,
vs.

**DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWARD, and CID YOUSEFI**,

    Defendants.
_____/

**ORDER OF REFERENCE OF CERTAIN MATTERS
TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court sua sponte. Pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge Jonathan Goodman to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery.**

It is further

**ORDERED AND ADJUDGED** that the parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

Case No. 16-62028-CIV-LENARD/GOODMAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of January, 2017.

													_____
													**JOAN A. LENARD**
													**UNITED STATES DISTRICT JUDGE**