UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-62028-CIV-LENARD/GOODMAN**

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

        Plaintiff,

- against -

DAVID KNOBEL, JEFFREY PIERNE,
NEAL YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI,

        Defendants.    /

## JOINT SCHEDULING REPORT

Plaintiff Clingman & Hanger Management Associates, LLC ("Plaintiff") and Defendants David Knobel, Jeffrey Pierne, Dean Bartness, Siana Stewart, and Cid Yousefi ("Defendants"), having conferred telephonically on November 11, 2016, and having had a follow-up telephone conference on January 4, 2017, submit this Joint Scheduling Report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1.[1]

    1.    Likelihood of settlement.  The parties believe it premature to discuss settlement at this time.

    2.    Likelihood of appearance of additional parties.  The parties do not anticipate the appearance of additional parties.

    3.    Proposed time limits.

        (a)    To join other parties and to move to amend the pleadings: **March 3, 2017.**

---

[1] A Joint Proposed Scheduling Order is attached hereto as Exhibit A.

    (b)    To complete discovery:

        (i)    The parties shall exchange initial disclosures by **January 12, 2016.**

        (ii)    Fact discovery shall be completed by **September 1, 2017.**

        (iii)    Opening expert witness summaries or reports by **September 29, 2017**.

        (iv)    Rebuttal expert witness summaries or reports by **October 27, 2017.**

        (v)    Expert discovery shall be completed by **November 30, 2017**.

    (c)    To file and hear motions. The parties shall file all dispositive pretrial motions and *Daubert* motions by **December 22, 2017.**

    (d)    Parties to submit joint pretrial stipulation, proposed jury instructions, and/or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* by **February 2, 2018.**

4.    <u>Proposals for formulation and simplification of issues</u>.  None at this time.

5.    <u>Necessity or desirability of amendments to the pleadings</u>.  The parties do not know at this time whether they will seek to amend the pleadings and note the pendency of Defendants' motion to dismiss.

6.    <u>Possibility of obtaining admissions of fact and of documents, stipulations regarding authenticity, and the need for advance rulings on admissibility</u>.  The parties will attempt to work together regarding these issues, but believe it premature to speculate on these issues at this time.

7.    <u>Suggestions for avoidance of unnecessary proof and cumulative evidence</u>.  The parties will attempt to work together regarding these issues, but believe it premature to speculate on these issues at this time.

8.    <u>Suggestions on advisability of referral of matters to Magistrate Judge</u>.  The parties do not agree to the referral of dispositive motions or the trial of this matter to Magistrate Judge Goodman at this time.

9. <u>Preliminary estimate of time required for trial</u>.  Plaintiff estimates 5-7 days will be required for trial, unless the issues can be narrowed prior to trial.  Defendants estimate 10-14 days will be required for trial.

10. <u>Requested Date(s) for pretrial conferences</u>.

    Requested date for pretrial conference:    **February 20, 2018**
    Requested date for trial to commence:    **February 26, 2018**

11. <u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference</u>.  None at this time.

Dated: January 9, 2017

| | |
|---|---|
| WEISSMAN & DERVISHI, P.A. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| By:/s/ Brian S. Dervishi<br>    Brian S. Dervishi (Bar No. 350303)<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1700<br>Miami, Florida 33131<br>Tel: (305) 347-4070<br>Fax: (305) 347-4077<br>bdervishi@wdpalaw.com<br>service@wdpalaw.com<br><br>- and -<br><br>Lita Beth Wright (admitted *pro hac vice*)<br>Avery Samet (admitted *pro hac vice*)<br>Jeffrey Chubak (admitted *pro hac vice*)<br>STORCH AMINI PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>Tel: (212) 490-4100<br>Fax: (212) 490-4208<br>lbwright@storchamini.com<br>asamet@storchamini.com<br>jchubak@ storchamini.com<br><br>*Attorneys for Plaintiff Clingman & Hanger Management Associates, LLC* | By:/s/ James J. Ward<br>    Michael N. Kreitzer (Bar No. 705561)<br>    James J. Ward (Bar No. 93651)<br>    Kenneth Duvall (Bar No. 121826)<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel: (305) 374-7580<br>Fax: (305) 374-7593<br>mkreitzer@bilzin.com<br>jward@bilzin.com<br>kduvall@bilzin.com<br>eservice@bilzin.com<br><br>*Attorneys for Defendants David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi* |

# **EXHIBIT A**

**Joint Proposed Scheduling Order**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-62028-CIV-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

        Plaintiff,

- against -

DAVID KNOBEL, JEFFREY PIERNE,
NEAL YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI,

        Defendants.      /

## JOINT PROPOSED SCHEDULING ORDER

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on _____, 2018. A pretrial conference will be held on _____, 2018 at __:__ a.m. This case is assigned to a standard case management track.

1.    Pretrial Schedule. The parties shall adhere to the following schedule:

(a)    Parties shall exchange initial disclosures by: **January 12, 2016.**

(b)    Joinder of additional parties due by: **March 3, 2017.**

(c)    Filing of motions to amend the complaint due by: **March 3, 2017.**

(d)    Fact discovery shall be completed by: **September 1, 2017.**

(e)    Selection of mediator due by: **November 1, 2017.**

(f)    Opening expert witness summaries and reports shall be exchanged by: **September 29, 2017.**

(g)    Rebuttal expert witness summaries and reports shall be exchanged by: **October 27, 2017.**

(h)    Expert discovery shall be completed by: **November 30, 2017.**

(i)    Mediation shall be completed by: **January 26, 2018.**

  (j)  Dispositive motions and *Daubert* motions shall be filed by: **December 22, 2017.**

  (k)  All other pretrial motions, including motions *in limine*, shall be filed by: **February 2, 2018.**

  (l)  Joint pretrial stipulation, proposed joint jury instructions, and/or proposed findings of fact and conclusions of law, as applicable, shall be filed by: **February 2, 2018.**

  2.  <u>Agreements or issues to be decided by the Court regarding preservation, disclosure, and discovery of documents and ESI</u>.  None at this time.

  3.  <u>Agreements the parties have reached for asserting claims of privilege or protection of trial preparation material after production</u>.  None at this time.

  4.  <u>Proposed use of Manual on Complex Litigation and any other need for rule variations</u>.  None at this time.

  5.  <u>Resolution of Pretrial Motions; Trial</u>.  Pretrial motions shall be resolved by the Court by _____,  The parties shall appear for a pretrial conference on _____, 2018. Trial shall commence on _____, 2018.

  DONE AND ORDERED this ____ day of January, 2017.

                     _____
                      United States District Judge

Copies furnished to:
All counsel of record