UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-62028-CIV-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC,

    Plaintiff,

v.

DAVID KNOBEL, et al.,

    Defendants.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

Plaintiff filed Notices of Hearing concerning a discovery dispute. [ECF Nos. 55; 62]. The Undersigned held a hearing on the discovery dispute on April 7, 2017. The Undersigned **ordered** as follows:

1. By Friday, April 28, 2017, Defendants shall provide Plaintiff with a definitive answer as to whether Defendants have responsive documents from their personal email accounts relating to Plaintiff's Amended Request for Production # 9.

2. Within ten days of the date Defendants provide Plaintiff with a definitive answer, Defendants shall produce the responsive emails to Plaintiff.

3. After Defendants produce the responsive emails (or advise that they have found none), Plaintiff may require Defendants to retain an e-discovery vendor, which

1

Plaintiff will pay for, to review Defendants' personal email accounts for responsive emails that were not previously produced, to find out if any responsive emails were deleted, to identify the date of such deletion, and to identify the extent of Defendants' efforts to preserve evidence.

**DONE and ORDERED,** in Chambers, in Miami, Florida, on April 10, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All counsel of record