UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC as Trustee<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI<br><br>Defendants. | CASE NO. 16-CV-62028-JAL-JG |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Pursuant to Local Rule 7.1(c)(2), Defendants David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi (collectively, "Defendants") respectfully move this Court for leave to file a memorandum of law in support of their forthcoming motion to dismiss that exceeds twenty pages.  In support, Defendants state:

1. Defendants will be filing their Motion to Dismiss, along with a supporting Memorandum of Law, on Wednesday, July 26, 2017.

2. Local Rule 7.1(c)(2) requires that memoranda of law be limited to twenty pages absent leave of Court to file excess pages.

3. Defendants' counsel have endeavored to make the brief as short as possible while still setting forth their legal positions with sufficient depth.

4. The Court allowed Defendants to file a twenty-five page memorandum of law in support of their motion to dismiss the original Complaint.  (Dkt. 18). The Amended

2

Complaint contains forty-one more paragraphs than the original Complaint, as well as a new cause of action, which has required additional briefing.

5. Considered separately, each Defendant would be allowed their own motions to dismiss and memoranda of law in support, totaling one-hundred-twenty pages in length, but Defendants will join their arguments together reduce the burden on the Court.

6. Therefore, Defendants request leave to file a memorandum of up to thirty pages in length, and will strive to submit a memorandum shorter than that limit.

For the foregoing reasons, Defendants respectfully request that the Court **GRANT** their motion and permit them to file a memorandum of law in support of their forthcoming motion to dismiss up to thirty pages in length, and all other relief the Court deems just and proper.

## Local Rule 7.1(a)(3) Certification

Counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in this motion and have been unable to do so.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL  33131-3456

Respectfully Submitted,

*Counsel for Defendants*

1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580

By:   /s/ Kenneth J. Duvall
MICHAEL N. KREITZER
(FBN 705561)
mkreitzer@bilzin.com
JAMES J. WARD
(FBN 93651)
jward@bilzin.com
KENNETH DUVALL
(FBN 121826)
kduvall@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com

## Certificate of Service

I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

*/s/ Kenneth J. Duvall*
Kenneth J. Duvall