UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-62028-CIV-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC,

    Plaintiff,

v.

DAVID KNOBEL, et al.,

    Defendants.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

The parties filed Notices of Hearing concerning discovery disputes. [ECF Nos. 87; 100-101; 106]. The Undersigned held a hearing on the discovery disputes on August 18, 2017 and **ordered** as follows:

1.    The Undersigned finds that Defendants' noticed issues concerning Plaintiff's production of network files are premature.

2.    The parties have resolved issue # 1 of Plaintiff's Amended Notice of Hearing. The parties have agreed that Defendants will provide Plaintiff with responsive emails by August 25, 2017.

1

3. By August 25, 2017, Defendants shall produce legible copies of 1099s that are responsive to Request # 9 from Plaintiff's First Set of Requests for the Production of Documents.

4. The production of ESI discovery concerning Defendants' emails will occur in possibly two stages. The first stage consists of the ESI vendor reviewing the emails based on the password information provided by Defendants. Within two days of receiving the ESI vendor report, Defendants will then discuss with Plaintiff a reasonable timeframe to perform a privilege review. After working out that timeframe, Defendants will then perform a privilege review of the responsive emails and turn over any non-privileged emails to Plaintiff.

5. After the first stage is completed and Plaintiff has conferred with Defendants, if Plaintiff still has grounds to have a second ESI vendor project completed, namely, to review Defendants' actual devices, then Plaintiff will assert its factual and legal arguments in a memorandum not to exceed eight double-spaced pages (excluding certificate of service and signatures). Within one week of Plaintiff's filing date, Defendants shall file a responsive memorandum not to exceed eight double-spaced pages (excluding certificate of service and signatures). No reply is permitted absent compelling circumstances.

6. In addition, the Undersigned is also scheduling an in-person discovery hearing on Wednesday, August 23, 2017, at 3:30 P.M., to resolve the issue of ESI search

terms for the first stage. The Undersigned will cancel the hearing, if, by Tuesday, August 22, 2017, before 5:00 P.M., a party provides written notice that the search terms issue has been resolved.

7. Within two days of resolution of the search terms, Defendants will provide to the ESI vendor the password and login information. If the parties are not able to work out the search terms issue, and the search terms discovery hearing goes forward, then the Undersigned will most likely enter a fee award against the attorney who acted unreasonably. That attorney will be personally responsible for the fee award.

**DONE and ORDERED,** in Chambers, in Miami, Florida, on August 21, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All counsel of record