UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 16-cv-62028-JAL/JG**

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee, | : : : : |
| Plaintiff. | : : |
| v. | : : |
| DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, AND CID YOUSEFI, | : : : : |
| Defendants. | : : |

**INTERNATIONAL EDUCATION CORPORATION'S NOTICE OF HEARING ON MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER**

YOU ARE HEREBY NOTIFIED that the undersigned counsel will call up for informal discovery hearing before the **Honorable Jonathan Goodman, United States Magistrate Judge, on September 29, 2017, at 4:30 p.m.**, James L. King Federal Justice Building, 99 NE 4th Street, Room 1168, Miami, Florida 33132, the following disputes

ISSUE #1:    International Education Corporation's Motion to Quash
and Motion for Protective Order

**CERTIFICATION PURSUANT TO S.D. Fla. L.R. 7.1(a)(3)**

The undersigned certifies that the parties have met and conferred in a good faith effort to resolve the issues listed above and have been unable to do so.

Dated:  August 22, 2017                          Respectfully submitted,

/s/ Jennifer T. Williams
Jennifer T. Williams
Florida Bar No. 0174293
jtwilliams@cozen.com
200 South Biscayne Boulevard, Suite 3000
Miami, FL  33131-1714
Phone:  305.704.5944
Fax:  786.220.0207

-and-

Scott D. Cousins
scousins@bayardlaw.com
Evan T. Miller
emiller@bayardlaw.com
**Bayard, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: 302.655.5000
Fax: 302.658.6395

*Attorneys for the International Education Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jennifer T. Williams
Jennifer T. Williams

## SERVICE LIST
*Clingman & Hanger Management Associates, LLC v David Knobel, et al.*
*Case No.: 0:16-cv-62028-JAL*

**United States District Court**
**Southern District of Florida**

Brian S. Dervishi
Peter A.Tappert
WEISSMAN & DERVISHI, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
(305) 347-4070
bdervishi@wdpalaw.com
ptappert@wdpalaw.com
service@wdpalaw.com

Avery Samet (admitted pro hac vice)
Cara Schmidt (admitted pro hac vice)
STORCH AMINI PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
asamet@storchamini.com
cschmidt@storchamini.com
*Attorneys for Plaintiff*
*Served via CM/ECF*


Michael N. Kreitzer, Esq.
James J. Ward, Esq.
Keneth Duvall, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
kreitzer@bilzin.com jward@bilzin.com
kduvall@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com
*Attorneys for Defendants*
*Served via CM/ECF*