**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-62028-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC as Trustee

            Plaintiff,

v.

DAVID KNOBEL, JEFFREY PIERNE, NEAL
YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI

            Defendants.

## <u>MEMORANDUM OF LAW REGARDING DKT. 140</u>

On November 2, 2017, the Court entered an Endorsed Order (Dkt. 140) requiring Defendants to submit a memorandum of law.  In response thereto, Defendants state:

Although Rule 45 does not expressly require the sharing of documents produced by third parties pursuant to subpoena, the accepted practice is that documents produced by a third party will be shared with the opposing party upon request and upon the agreement of the opposing party to pay the reasonable cost of production.

On reflection, given the commitment of our firm and its lawyers to professionalism and civility in the practice of law, the undersigned lawyers each acknowledge that we should have handled this matter differently.

CASE NO. 16-CV-62028-JAL-JG

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: ___/s/ Kenneth J. Duvall_____
   **MICHAEL N. KREITZER**
   (FBN 705561)
   mkreitzer@bilzin.com
   **JAMES J. WARD**
   (FBN 93651)
   jward@bilzin.com
   **KENNETH DUVALL**
   (FBN 121826)
   kduvall@bilzin.com
   eservice@bilzin.com
   mavin@bilzin.com
   stapanes@bilzin.com
   *Counsel for David Knobel, Jeffrey*
   *Pierne, Neal Yawn, Dean Bartness,*
   *Siana Stewart and Cid Yousefi*

## CERTIFICATE OF SERVICE

   I hereby certify that on November 8, 2017, I electronically filed the foregoing with the

Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all

counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

      _____*/s/ Kenneth J. Duvall*_____
      Kenneth Duvall

MIAMI 5656779 82147/47883

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL  33131-3456