UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-62028-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC as Trustee

Plaintiff,

v.

DAVID KNOBEL, JEFFREY PIERNE, NEAL
YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI

Defendants.

## DECLARATION OF MICHAEL N. KREITZER, ESQ.

My name is Michael N. Kreitzer. I am over the age of 18, I make this Declaration based upon my personal knowledge, and I am otherwise competent to make this Declaration. In response to the Court's inquiry made in its Endorsed Order (Dkt. 140), declarant responds to the Court's inquiry in the same order as requested:

1. It is not my standard practice in all litigation matters to refrain from providing other parties with access to documents produced via third party subpoena. As a general practice, I do provide parties with access to documents produced via third party subpoena.

2. I have both in this case and other cases requested from opposing counsel copies of documents that opposing counsel received in response to a subpoena.

3. I have both in this case and other cases obtained copies of documents from opposing counsel in response to such requests.

4.  I do not recall any other instances where I have refused to provide documents obtained pursuant to a subpoena after receiving a request from opposing counsel.

5.  I do not have a specific recollection of whether my previous requests for documents obtained by opposing counsel pursuant to Rule 45 have, in all instances been complied with. In other words, I can't represent to the Court that in my 30 years of practice opposing counsel has never refused my request. However, I cannot recall a specific instance.

6.  I do not recall an instance where an opposing counsel refused my request for third party production which necessitated my client having to make a formal objection.

7.  I have obtained copies of Rule 45 materials from opposing counsel without a Court Order compelling opposing counsel to provide copies.

8.  As a matter of course my firm's litigation department follows a practice that documents obtained from third parties pursuant to subpoena should be provided to opposing counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2017.

_____
Michael N. Kreitzer