UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62028-LENARD/GOODMAN

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC as Trustee

           Plaintiff,

v.

DAVID KNOBEL, JEFFREY PIERNE, NEAL
YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI

           Defendants.

## DEFENDANTS' NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that undersigned counsel will call up for an informal discovery hearing before the **Honorable Jonathan Goodman, United States Magistrate Judge**, **on Friday, February 23, 2018 at 2:30 pm**, James L. King Federal Justice Building, 99 NE 4th Street, Room 1168, Miami, Florida 33132, the following issue:

ISSUE #1:    The issue before the Court is IEC's failure to provide Defendants with accurate reports of student financial aid data from FCC's computer-based student information system called STARS. The central issue in this case is whether Defendants, while working for FCC, knowingly violated the law by allegedly obtaining student loan monies from the Department of Education without student rosters to justify those draw-downs. The relevant evidence to support Defendants' actions resides in STARS, but only IEC has possession and control of STARS. The Court will recall two previous hearings (transcripts will be submitted as source material) on this issue. In the first hearing, the Court advised Defendants to pursue discovery from IEC, and in the second, the Court overruled IEC's discovery objections. But to date IEC has produced only demonstrably inaccurate and incomplete STARS reports, thereby giving rise to this proceeding.

## CERTIFICATION PURSUANT TO S.D. Fla. L.R. 7.1(a)(3)

The undersigned counsel certifies that the parties have met and conferred in a good faith effort to resolve the issues listed above and have not yet been able to do so.

CASE NO. 16-CV-62028-JAL-JG

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:    /s/ Kenneth J. Duvall
       **MICHAEL N. KREITZER**
       (FBN 705561)
       mkreitzer@bilzin.com
       **KENNETH DUVALL**
       (FBN 121826)
       kduvall@bilzin.com
       eservice@bilzin.com
       mavin@bilzin.com
       stapanes@bilzin.com
       *Counsel for David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart and Cid Yousefi*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

       */s/ Kenneth J. Duvall*
       Kenneth Duvall

MIAMI 5734535 82147/47883