# EXHIBIT 1

| | |
|---|---|
| **From:** | Jaime Leggett <jleggett@storchamini.com> |
| **Sent:** | Thursday, January 04, 2018 12:14 PM |
| **To:** | Michael N. Kreitzer |
| **Cc:** | Bijan Amini; Lita Beth Wright; Avery Samet |
| **Subject:** | Deemer Dana Deposition |

Michael,

As you likely realize, we are currently experiencing a blizzard here in NYC.  The plan is to fly down to Atlanta at 7 p.m. for the deposition tomorrow of Deemer Dana, but the airports are basically closed.  If the flight leaves as scheduled, then it'll be fine.  If not, we will need to adjourn this deposition and we'll let the Court know.  I suggest we call Deemer Dana together and figure out a time next week that works for everyone.

Best,

**Jaime B. Leggett**

STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8220 - DIRECT
212.490.4208 - FAX
JLEGGETT@STORCHAMINI.COM - EMAIL

www.storchamini.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.