# EXHIBIT 3

| | |
|---|---|
| **From:** | Cara Schmidt |
| **To:** | James J. Ward |
| **Cc:** | Bijan Amini; Lita Beth Wright; Avery Samet; Brian Dervishi; Michael N. Kreitzer; Kenneth Duvall |
| **Subject:** | RE: Outstanding Discovery Issues |
| **Date:** | Thursday, November 16, 2017 11:23:36 AM |

Dear Jay,

Unfortunately we are not available the week of December 4. As you know, we noticed Mr. Murphy's deposition in advance of the time period required under the Court's Local Civil Rules. Had you responded promptly to our notice, we might have been able to schedule Mr. Murphy sooner. However, under the present discovery cutoff, we cannot afford to push Mr. Murphy's deposition back in the schedule, and any delay of this deposition at this point would be prejudicial to our case. We may also need to take depositions or seek other discovery from parties and/or non-parties depending on Mr. Murphy's testimony.

Thanks,


**Cara Schmidt**

# STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8219 - DIRECT
212.490.4208 - FAX
CSCHMIDT@STORCHAMINI.COM - EMAIL

www.storchamini.com

**\*\*Please note our new firm name, email and website.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** James J. Ward [mailto:jward@bilzin.com]
**Sent:** Wednesday, November 15, 2017 5:09 PM
**To:** Cara Schmidt <CSchmidt@storchamini.com>; Kenneth Duvall <kduvall@bilzin.com>
**Cc:** Bijan Amini <bamini@storchamini.com>; Lita Beth Wright <lbwright@storchamini.com>; Avery Samet <asamet@storchamini.com>; Brian Dervishi <brian@wdpalaw.com>; Michael N. Kreitzer <mkreitzer@bilzin.com>
**Subject:** RE: Outstanding Discovery Issues

Dear Cara,

As you know, we have a conflict on November 20th that would make it all but impossible for us to

meaningfully participate in the deposition.  You state below that Mr. Murphy has scheduling conflicts and cannot do another day, but I just spoke with him and he said he has no problem scheduling a deposition on or after December 4.  Given that the witness can be available, and we have a duty to cooperate with respect to scheduling, I ask that you provide us with the professional courtesy of rescheduling the deposition for a mutually agreeable time. Please let me know by the close of business tomorrow if you agree, and we can being working on dates.

Best,

Jay



James J. Ward
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor          Tel 305.350.7281
Miami, Florida 33131                 Direct Fax 305.351.2254
www.bilzin.com                              jward@bilzin.com

---

**From:** Cara Schmidt [mailto:CSchmidt@storchamini.com]
**Sent:** Tuesday, November 14, 2017 10:26 AM
**To:** Kenneth Duvall
**Cc:** Bijan Amini; Lita Beth Wright; Avery Samet; Brian Dervishi; James J. Ward; Michael N. Kreitzer
**Subject:** RE: Outstanding Discovery Issues

Ken,

Thanks for your response and for providing Deemer Dana's documents.  If you get an overlay with the load file, we appreciate if you would pass it along as soon as you get it.

In regards to IEC's production, we do not intend to pay for access to documents we already received and produced to you.  As you know from our conference call with IEC's counsel, we did not agree to pay these costs, and you told IEC you would pay for them in their entirety in order to gain access to the production, which was subsequently given to you.  Our position has not changed.  We merely ask that any documents you select for production, you share with us, as we have with the documents we have selected for production from IEC.

In regards to the third party depositions, we had previously understood from Regent's counsel that their deposition was scheduled for Nov. 29th with only the location to be determined.  In light of this, your statement that you are still trying to find agreed-upon dates is confusing.  Is Regent no longer going forward on Nov. 29th?

As for our requests (1) for production of all communications between Defendants and previous

officers or employees of FCC, including communications and contracts related to other businesses, and (2) more than 10 depositions, can you please let us know your position by Friday so that, if necessary, we notice the issue for a hearing before the Court?

Finally, Mr. Murphy unfortunately has a number of scheduling conflicts and cannot do another date for his deposition.  As we gave you more than the 14-days notice required by the local rules, we intend to move forward with his deposition.  We can set up a conference line if you need to attend telephonically.


**Cara Schmidt**

# STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8219 - DIRECT
212.490.4208 - FAX
CSCHMIDT@STORCHAMINI.COM - EMAIL

www.storchamini.com

**\*\*Please note our new firm name, email and website.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** Kenneth Duvall [mailto:kduvall@bilzin.com]
**Sent:** Monday, November 13, 2017 6:26 PM
**To:** Cara Schmidt <CSchmidt@storchamini.com>
**Cc:** Bijan Amini <bamini@storchamini.com>; Lita Beth Wright <lbwright@storchamini.com>; Avery Samet <asamet@storchamini.com>; Brian Dervishi <brian@wdpalaw.com>; James J. Ward <jward@bilzin.com>; Michael N. Kreitzer <mkreitzer@bilzin.com>
**Subject:** RE: Outstanding Discovery Issues

Cara,

Thank you for calling us back.  To avoid phone tag, here are responses to your inquires below:

1. We can confirm that we have received no production from IEC of Bates-stamped documents.  Rather, as you are aware, IEC has made documents available for our review on an ESI platform.  We are happy to share access to those documents to you as long as you agree to pay reasonable copying expenses for these documents, which in this case would be tantamount to your share of the outstanding IEC invoice.  Further, we do not have credentials to share for this database; credentials are provided by IEC, and our understanding is that IEC

   is insisting that you pay for half of the outstanding invoice.

2. We did receive a production of documents from TJS Deemer Dana.  We've been attempting to procure load files from TJS, to no avail thus far.  But below, I'm providing a link to the documents as produced to us, with password to follow.

3. Thank you for providing us with the RFP that you think applies to these documents.  We are taking that under advisement and will revert.

4. We do intend to notice up dates for the FTI, Regent, and TJS depositions, and will let you know as soon as we have agreed-upon dates.  As for the depositions you have noticed up, we have a conflict with attending the John Murphy deposition next Monday because of a pre-existing deposition obligation in another case.  Can you please provide alternative dates for that deposition so that we can coordinate schedules?  Thank you.

5. We are considering your request for depositions beyond the default maximum of 10 and will advise you of our position.

Link:  https://bilzin.sharefile.com/d-s9f58d3020744904a

Ken



Kenneth Duvall
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor                              Tel 305.350.7284
Miami, Florida 33131                                    Direct Fax 305.351.2283
www.bilzin.com                                               kduvall@bilzin.com

**From:** Cara Schmidt [mailto:CSchmidt@storchamini.com]
**Sent:** Monday, November 13, 2017 4:58 PM
**To:** Kenneth Duvall; James J. Ward; Michael N. Kreitzer
**Cc:** Bijan Amini; Lita Beth Wright; Avery Samet; Brian Dervishi
**Subject:** RE: Outstanding Discovery Issues

Jay,

Just got back to my desk finally and tried to call you.  I'm happy to talk about all the below, but please also confirm in writing whether you have received any third party productions.

**Cara Schmidt**

# STORCH AMINI PC

2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8219 - DIRECT
212.490.4208 - FAX
CSCHMIDT@STORCHAMINI.COM - EMAIL

www.storchamini.com

**\*\*Please note our new firm name, email and website.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** Cara Schmidt
**Sent:** Monday, November 13, 2017 1:46 PM
**To:** kduvall@bilzin.com; jward@bilzin.com; Michael N. Kreitzer <mkreitzer@bilzin.com>
**Cc:** Bijan Amini <bamini@storchamini.com>; Lita Beth Wright <lbwright@storchamini.com>; Avery Samet <asamet@storchamini.com>; Brian Dervishi <brian@wdpalaw.com>
**Subject:** Outstanding Discovery Issues

Ken and Jay,

Since we have a number of open issues, it seemed easier to condense them into one email and deal with them altogether.

1) Reimbursing IEC for costs

We have already told IEC we are not paying for their costs incurred to date for the documents uploaded into Relativity as they are not responsive to our subpoena and we have never been given access to them.  We communicated to same to you and IEC over a month ago, before any protective orders were signed, on our conference call on October 6.  On that call, Ken told IEC that Bilzin would cover all the costs and sign a unilateral protective order with IEC in order to gain access to the documents IEC had put on Relativity.  IEC and Storch Amini have entered into a separate protective order with a different cost provision to cover documents produced responsive to our subpoena.

This does not relieve Bilzin of its obligation to produce any documents obtained from IEC to us pursuant to the Court's recent orders.  To date, we have only received 4 excel files from IEC in response to our subpoena, all of which we promptly produced to you.  Please confirm whether you have received any documents from IEC pursuant to the subpoena served by defendants, and if so, please provide us with copies promptly.

2) Other third party document productions

In addition to any documents you have received from IEC, please either produce to us any third party documents that you have not yet shared or confirm, in writing, that you have no additional third party documents.  We note Friday was the 10th day since the Court ordered Deemer Dana to produce documents to you, but we have not received a copy of Deemer Dana's production yet.

3) Campus Ivy documents requested at Knobel's deposition

In Jay's email from Thursday, you took the position that our original document request did not cover David Knobel's contracts with Campus Ivy.  We disagree.  Request No. 3 asks for "All Communications with any former FCC officers or employees."  This would necessarily encompass a contract signed Cid Yousefi and David Knobel.  In addition, this would include communications and contracts between Siana Stewart and Mr. Yousefi, related to Campus Ivy or any other topic.  This also includes any contract or communication with Mr. Knobel and Aaron or Cornelia Anderson, as they are both former employees of FCC as well.  Please produce these documents immediately.

4) Third party depositions

Do you have an update on the scheduling of any depositions of FTI, Regent, or Deemer Dana?  As a reminder, under the S.D. of Florida's local rules, you must give us deposition notices at least 14 days in advance of any of out of state depositions.

As for the third party depositions we have noticed, we have fully confirmed our depositions of John Murphy and ECS/Spring Zutes.

5) More than 10 depositions

We would like to take more than 10 depositions.  Defendants have noticed 11 and indicated their intent to take at least 6.  Currently we have noticed 15 depositions.  Please let us know whether you consent to allow us to take up to 15 depositions, or whether we will need to tee this up with the Court.  If you will consent to let us take more than 10 depositions, we are willing to reciprocate and allow you to take more than 10 as well.

**Cara Schmidt**

# STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8219 - DIRECT
212.490.4208 - FAX
CSCHMIDT@STORCHAMINI.COM - EMAIL

www.storchamini.com

**\*\*Please note our new firm name, email and website.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.