# EXHIBIT 4

| | |
|---|---|
| **From:** | Lita Beth Wright <lbwright@storchamini.com> |
| **Sent:** | Friday, January 05, 2018 5:28 PM |
| **To:** | Shingler, Emily (USAGAN); Andrade, Amanda |
| **Cc:** | Bijan Amini; Avery Samet; Cara Schmidt; Michael N. Kreitzer; James J. Ward; Kenneth Duvall; Mor L. Avin; Claire Sheridan |
| **Subject:** | Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al. |

Counsel:

Apologies for the very late notice but we need to reschedule Ms. Davis' deposition, which is currently scheduled for Monday in Atlanta. This need was occasioned by our office's inadvertent failure to formally notice the deposition, as a result of which opposing counsel were unaware of the scheduled deposition. Accordingly, we would please request that you provide an adjourned date at Ms. Davis' earliest convenience so that we can advise the Court on Monday and seek leave to take her deposition on an agreed, alternate date.

Thank you in advance for your anticipated cooperation.

Best regards,

Lita Beth


**Lita Beth Wright**

# STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8207 - DIRECT
212.490.4208 - FAX
[LBWRIGHT@STORCHAMINI.COM](mailto:LBWRIGHT@STORCHAMINI.COM) - EMAIL

[www.storchamini.com](http://www.storchamini.com)

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.