# EXHIBIT 5

| | |
|---|---|
| **From:** | Andrade, Amanda |
| **To:** | Michael N. Kreitzer |
| **Cc:** | Kenneth Duvall |
| **Subject:** | RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al. |
| **Date:** | Thursday, January 11, 2018 11:23:02 AM |

My apologies, but I've just been alerted that FSA is still processing the first batch of documents, which will mean they won't be ready for production tomorrow as originally anticipated. We expect to make the first production early next week instead of this Friday. I'll update you again if I hear anything further.

**From:** Andrade, Amanda
**Sent:** Wednesday, January 10, 2018 10:02 AM
**To:** 'Michael N. Kreitzer'
**Cc:** Kenneth Duvall
**Subject:** RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Thanks, I have passed this along to the people compiling the records.

**From:** Michael N. Kreitzer [mailto:mkreitzer@bilzin.com]
**Sent:** Wednesday, January 10, 2018 9:27 AM
**To:** Andrade, Amanda
**Cc:** Kenneth Duvall
**Subject:** RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Amanda, thanks for the email. On your last point, FCC used a fiscal calendar of July through June. So, may the discovery search begin on June 1, 2012 to the date of the response? Apparently there are emails from the DoE regarding FCC to the Chief Restructuring officer, the Trustee and others that we wish to capture that were created after 2014.



Michael N. Kreitzer
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**     Tel 305.350.2384
1450 Brickell Avenue, 23rd Floor                Cell 305.975.0279
Miami, Florida 33131                            Direct Fax 305.351.2224
www.bilzin.com                                  mkreitzer@bilzin.com



**From:** Andrade, Amanda [mailto:Amanda.Andrade@ed.gov]
**Sent:** Tuesday, January 09, 2018 5:24 PM
**To:** Michael N. Kreitzer
**Subject:** RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Michael,
Thanks for taking the time to talk with me through the subpoena. As we discussed, the Department should be able to produce a set of documents by the end of this week, Jan. 12, that will be

responsive to Requests 2, 3, 7, 10, and 11, as well as at least partially responsive to Requests 1 and 15.  We anticipate being able to make a second production on Jan. 19 that will include documents responsive to Requests 6 and 9.

I will work with FSA to begin production of documents responsive to the other requests as quickly as practicable, with the understanding that FSA should prioritize the time period of 2013-2014.

Please let me know if I've misstated anything.

Amanda

**From:** Michael N. Kreitzer [mailto:mkreitzer@bilzin.com]
**Sent:** Monday, January 08, 2018 3:58 PM
**To:** 'Lita Beth Wright'; Shingler, Emily (USAGAN); Andrade, Amanda
**Cc:** Bijan Amini; Avery Samet; Cara Schmidt; James J. Ward; Kenneth Duvall; Mor L. Avin; Claire Sheridan
**Subject:** RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Please keep my office in the loop in connection with the proposed rescheduling of this deposition so as to avoid any future conflict.



Michael N. Kreitzer
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.2384
Cell 305.975.0279
Direct Fax 305.351.2224
mkreitzer@bilzin.com



**From:** Lita Beth Wright [mailto:lbwright@storchamini.com]
**Sent:** Friday, January 05, 2018 5:28 PM
**To:** Shingler, Emily (USAGAN); Andrade, Amanda
**Cc:** Bijan Amini; Avery Samet; Cara Schmidt; Michael N. Kreitzer; James J. Ward; Kenneth Duvall; Mor L. Avin; Claire Sheridan
**Subject:** Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Counsel:

Apologies for the very late notice but we need to reschedule Ms. Davis' deposition, which is currently scheduled for Monday in Atlanta.  This need was occasioned by our office's inadvertent failure to formally notice the deposition, as a result of which opposing counsel were unaware of the scheduled deposition.  Accordingly, we would please request that you provide an adjourned date at Ms. Davis' earliest convenience so that we can advise the Court on Monday and seek leave to take her deposition on an agreed, alternate date.

Thank you in advance for your anticipated cooperation.

Best regards,

Lita Beth


**Lita Beth Wright**

# STORCH AMINI PC

2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8207 - DIRECT
212.490.4208 - FAX
LBWRIGHT@STORCHAMINI.COM - EMAIL

www.storchamini.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.