# EXHIBIT 6

| | |
|---|---|
| **From:** | Andrade, Amanda |
| **To:** | Gladys Garcia |
| **Cc:** | Mor L. Avin; Kenneth Duvall; Michael N. Kreitzer |
| **Subject:** | RE: Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al. |
| **Date:** | Tuesday, January 16, 2018 4:43:47 PM |
| **Attachments:** | image001.png |

My understanding as of 3:55 today was that they are still being processed.  Yesterday was a federal holiday, so that has delayed things a bit as well.

As I mentioned to your colleagues, I will no longer be working at the Department of Education effective this Friday.  I have asked for someone to be assigned to this matter as soon as possible so that there are not any delays caused by my departure.  I'll put you in touch with that person as soon as I know who it is.

**From:** Gladys Garcia [mailto:ggarcia@bilzin.com]
**Sent:** Tuesday, January 16, 2018 4:21 PM
**To:** Andrade, Amanda
**Cc:** Mor L. Avin; Kenneth Duvall; Michael N. Kreitzer
**Subject:** Deposition of Barbara Davis/Clingman & Hanger v. Knobel, et al.

Good afternoon Amanda,
Please advise when we can expect to receive the first batch of documents you have processed for production.  Thank you.



Gladys Garcia
Florida Registered Paralegal
**Bilzin Sumberg Baena Price & Axelrod LLP**

| | |
|---|---|
| 1450 Brickell Avenue, 23rd Floor | Tel 305.350.7227 |
| Miami, Florida 33131 | Direct Fax 305.351.2286 |
| www.bilzin.com | ggarcia@bilzin.com |

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.