**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-62028-CIV-LENARD/GOODMAN**

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

          Plaintiff,

   - against -

DAVID KNOBEL, JEFFREY PIERNE,
NEAL YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI,

          Defendants.

_____

**<u>DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS</u>**

    Defendants David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart and

Cid Yousefi collectively move for entry of an order granting them leave to exceed page limits for

their memorandum of law in support of summary judgment and accompanying statement of

material facts, and in support state:

    1.    Pursuant to Local Rules 7.1(c)(2) and 56.1(a), a memorandum of law in support

of summary judgment ("Memorandum") cannot exceed twenty (20) pages, and a statement of

material facts accompanying summary judgment ("Statement") cannot exceed ten (10) pages,

absent permission of the Court.

    2.    Defendants request authorization to file approximately twenty (20) additional

pages to the Memorandum and fifteen (15) additional pages to the Statement, for a total of forty

(40) pages for the Memorandum and twenty-five (25) pages for the Statement, so as to afford

Defendants an adequate opportunity to set forth their case.

3.     Discovery has been voluminous in this action, spanning twenty-four separate depositions, hundreds of deposition exhibits, and terabytes worth of produced data. For this reason, Defendants believe that extra pages for the Statement are warranted.

4.     Likewise, Plaintiff has brought multiple claims for breach of fiduciary duty against six separate Defendants. To adequately brief the issues for each individual, Defendants believe that extra pages for the Memorandum are warranted.

5.     For the foregoing reasons, Defendants request leave to file a memorandum of law in support of summary judgment not exceeding forty double-spaced pages, excluding signature block and certificate of service, and an accompanying statement of facts in support of summary judgment not exceeding twenty-five pages.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL  33131-3456

CASE NO. 16-62028-CIV-LENARD/GOODMAN

## LOCAL RULE 7.1(A) CERTIFICATE

Defendants' counsel met and conferred with Plaintiff's counsel, who did not agree to the

relief requested.

**BILZIN SUMBERG BAENA PRICE
 & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:     /s/ Kenneth Duvall
**MICHAEL N. KREITZER**
(FBN 705561)
mkreitzer@bilzin.com
**KENNETH DUVALL**
(FBN 121826)
kduvall@bilzin.com
**DAVID W. TRENCH, ESQ.**
(FBN 0202975)
dtrench@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com
*Counsel for David Knobel, Jeffrey
Pierne, Neal Yawn, Dean Bartness,
Siana Stewart and Cid Yousefi*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk

of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of

record via transmission of Notice of Electronic filing generated by CM/ECF.

            */s/ Kenneth Duvall*
            Kenneth Duvall

MIAMI 5794062 82147/47883