# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee,<br><br>      Plaintiff,<br><br> - against -<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI,<br><br>      Defendants. | Case No. 16-cv-62028-JAL |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff, Clingman & Hanger Management Associates, LLC, as trustee, moves for entry of an order authorizing Plaintiff to exceed the twenty-page limit on the memorandum of law in opposition to Defendants' Motion for Summary Judgment, Memorandum of Law in Support, and Statement of Material Facts [ECF No. 247] ("Motion"), by five additional pages, and the ten-page limit on its statement of material facts by fifteen additional pages. In support of this motion, Plaintiff states:

1. Pursuant to Local Rule 7.1(c)(2) and 56.1(a), a memorandum in opposition to a motion for summary judgment may not exceed twenty pages, and the accompanying statement of material facts may not exceed ten pages, absent permission of the Court.

2. On March 8, 2018, the Court authorized Defendants to file a 25-page memorandum of law in support of their motion for summary judgment and a 15-page statement of material facts [ECF No. 217].

3. Plaintiff requests leave of Court to exceed the page limit in its memorandum of law in opposition to Defendants' Motion by five pages as well. Plaintiff also requests that it be

1

granted leave to exceed the statement of material facts by five pages to respond to Defendants' 15-page Statement of Material Facts <u>and</u> an additional ten pages to set forth additional material facts, excluding of course the signature block and certificate of service. This will afford Plaintiff the opportunity to adequately address the issues raised in Defendants' memorandum and statement of material facts and respond to Defendants' assertion that the claims are without evidentiary support.

## **LOCAL RULE 7.1(A) CERTIFICATE**

4. Defendants do not oppose Plaintiff exceeding the page limit for their opposition memorandum of law by five additional pages and they do not oppose Plaintiff exceeding the page limit for the statement of material facts by five additional pages, although they do oppose Plaintiff's request to exceed the page limit for the statement of material facts by fifteen additional pages for a total of twenty-five pages.

WHEREFORE, Plaintiff Clingman & Hanger Management Associates, LLC, as trustee, requests leave to exceed the page limit on its memorandum of law by five pages and to exceed the page limit on its statement of material facts by 15 pages, and such further relief that this Court deems just and appropriate.

Respectfully submitted,

/s/      Brian S. Dervishi
Brian S. Dervishi (Bar No. 350303)
WEISSMAN & DERVISHI, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
(305) 347-4070
bdervishi@wdpalaw.com
service@wdpalaw.com

- and –

        Bijan Amini (admitted *pro hac vice*)
        Lita Beth Wright (admitted *pro hac vice*)
        Avery Samet (admitted *pro hac vice*)
        Storch Amini PC
        2 Grand Central Tower
        140 East 45th Street, 25th Floor
        New York, New York 10017
        (212) 490-4100
        bamini@storchamini.com
        lbwright@storchamini.com
        asamet@storchamini.com

        *Attorneys for Plaintiff Clingman &*
        *Hanger Management Associates, LLC,*
        *as Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2018, the foregoing was filed and served on the parties named below via the Court's ECF system.

        /s/ Brian S. Dervishi
          Brian S. Dervishi

Michael N. Kreitzer, Esq.
Kenneth Duvall, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
kreitzer@bilzin.com
kduvall@bilzin.com
eservice@bilzin.com
mavin@bilzin.com
stapanes@bilzin.com