**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-62028-CIV-LENARD/GOODMAN**

CLINGMAN & HANGER MANAGEMENT
ASSOCIATES, LLC, as Trustee,

                        Plaintiff,

- against -

DAVID KNOBEL, JEFFREY PIERNE,
NEAL YAWN, DEAN BARTNESS, SIANA
STEWART, and CID YOUSEFI,

                        Defendants.

**PARTIES' JOINT MOTION FOR EXTENSION OF ALL
PRETRIAL DEADLINES FOR FORTY-FIVE DAYS IN ORDER TO PROVIDE
TIME TO FINALIZE SETTLEMENT REACHED AT MAY 11, 2018 MEDIATION**

Plaintiff Clingman & Hanger Management Associates, LLC, as trustee of a liquidating trust established by the chapter 11 plan of FCC Holdings, Inc., and its debtor subsidiaries ("Plaintiff") and Defendants David Nobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi ("Defendants"), jointly move for an extension of forty-five (45) days of all pretrial deadlines and the adjournment of all scheduled hearings in order to provide them adequate time to finalize the settlement agreement reached between the parties at the May 11, 2018 mediation and to seek and obtain approval of the settlement, with notice to all interested parties including the U.S. Trustee and all creditors, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), on the following grounds:

1.      The parties attended a mediation in this case on December 5, 2017 and were unable to reach a settlement at that time. They reconvened for a mediation on May 11, 2018 and the parties reached a settlement agreement that resolves this action subject to preparing the final agreement,

1

including releases of the parties, and Plaintiff filing a motion for approval of the settlement agreement in the Bankruptcy Court and obtaining its approval. The parties further agreed that should any settlement-related issues arises between the parties regarding the settlement, the mediator Jed D. Melnick, Esq., of JAMS, has arbitral powers to resolve any dispute with this Court retaining jurisdiction to enforce his decision.

2. Trial in this matter is set for the two-week calendar commencing July 9, 2018 and the parties are presently faced with numerous pretrial deadlines and a hearing before Magistrate Judge Goodman on May 17, 2018 at 10:00 a.m. They seek to extend the deadlines and to cancel the hearing before Magistrate Judge Goodman to focus their efforts exclusively on finalizing the settlement agreement and obtaining Bankruptcy Court approval of the settlement agreement.

3. Upon finalizing the settlement agreement and with Bankruptcy Court approval, the Parties will jointly petition this Court for the entry of an order dismissing this action with prejudice, including all claims, defenses, and counterclaims asserted or which could have been asserted in this action with this Court retaining jurisdiction to enforce any arbitral decisions of the mediator in the event of a dispute between the parties regarding the settlement or a default under the settlement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994); *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012); *Lopez Morales v. Hosp. Hermanos Melendez Inc.*, 460 F.Supp.2d 288 (D.P.R. 2006).

Wherefore, Plaintiff Clingman & Hanger Management Associates, LLC, and Defendants David Nobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi respectfully move this Court for an extension of forty-five (45) days of all pretrial deadlines and the adjournment of all scheduled hearings together with such other and further relief as this Court deems just and proper.

Dated: May 14, 2018

<div style="display: flex;">

<div>

WEISSMAN & DERVISHI, P.A.

By: /s/ Brian S. Dervishi
    Brian S. Dervishi (Bar No. 350303)

SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
Tel: (305) 347-4070
Fax: (305) 347-4077
bdervishi@wdpalaw.com
service@wdpalaw.com

- and -

Bijan Amini (admitted *pro hac vice*)
Lita Beth Wright (admitted *pro hac vice*)
Avery Samet (admitted *pro hac vice*)
STORCH AMINI PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
bamini@storchamini.com
lbwright@storchamini.com
asamet@storchamini.com

*Attorneys for Plaintiff Clingman & Hanger Management Associates, LLC*

</div>

<div>

BILZIN SUMBERG BAENA PRICE &
    AXELROD LLP

By: /s/ Michael N. Kreitzer
    Michael N. Kreitzer (Bar No. 705561)
    Kenneth Duvall (Bar No. 121826)
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593
mkreitzer@bilzin.com
kduvall@bilzin.com
eservice@bilzin.com

*Attorneys for Defendants David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi*

</div>

</div>