## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-62028-CIV-LENARD/GOODMAN

| |
|---|
| CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, as Trustee,<br><br>                      Plaintiff,<br>  - against -<br><br>DAVID KNOBEL, JEFFREY PIERNE, NEAL YAWN, DEAN BARTNESS, SIANA STEWART, and CID YOUSEFI,<br><br>                      Defendants. |

### **JOINT MOTION TO DISMISS**

Plaintiff Clingman & Hanger Management Associates, LLC, as trustee of a liquidating trust established by the chapter 11 plan of FCC Holdings, Inc., and its debtor subsidiaries ("Plaintiff") and Defendants David Nobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi ("Defendants"), move jointly pursuant to Rule 41(a) to dismiss this action with prejudice.

Dated: August 8, 2018

| | |
|---|---|
| WEISSMAN & DERVISHI, P.A. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| By:/s/ Brian S. Dervishi<br>    Brian S. Dervishi (Bar No. 350303) | By:/s/ Michael N. Kreitzer<br>    Michael N. Kreitzer (Bar No. 705561)<br>    Kenneth Duvall (Bar No. 121826) |
| SunTrust International Center<br>One Southeast Third Avenue, Suite 1700<br>Miami, Florida 33131<br>Tel: (305) 347-4070<br>Fax: (305) 347-4077<br>bdervishi@wdpalaw.com<br>service@wdpalaw.com | 1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel: (305) 374-7580<br>Fax: (305) 374-7593<br>mkreitzer@bilzin.com<br>kduvall@bilzin.com<br>eservice@bilzin.com |
| - and - | *Attorneys for Defendants David Knobel, Jeffrey Pierne, Neal Yawn, Dean Bartness, Siana Stewart, and Cid Yousefi* |
| Bijan Amini (admitted *pro hac vice*)<br>Lita Beth Wright (admitted *pro hac vice*)<br>Avery Samet (admitted *pro hac vice*)<br>STORCH AMINI PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>Tel: (212) 490-4100<br>Fax: (212) 490-4208<br>bamini@storchamini.com<br>lbwright@storchamini.com<br>asamet@storchamini.com | |
| *Attorneys for Plaintiff Clingman & Hanger Management Associates, LLC* | |